UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BETTIS C. RAINSFORD, SR., )
)   Case No. 3:21-cv-25
    *Plaintiff*, )
)   Judge Travis R. McDonough
v. )
)   Magistrate Judge H. Bruce Guyton
APEX BANK, )
)
    *Defendant*. )
)

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporarily herewith, Plaintiff Bettis C. Rainsford's claims against Apex Bank are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

    **SO ORDERED.**

    /s/ *Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT